IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH D. MCNALLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO. 20-703 |
| | : | |
| ANDREW SAUL, | : | |
| ACTING COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 29th day of October, 2020, upon consideration of Plaintiff's Request for Review (Doc. No. 13), and Defendant's Response thereto (Doc. No. 14), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:


*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE